1118952

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

RECEIVED
FEB 02 2006
US MARSHALS
RHODE ISLAND

UNITED STATES OF AMERICA

V.

ANDERSON GARCIA

## WARRANT FOR ARREST

Case Number: 1:06 M 19 M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANDERSON GARCIA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- [ ] Indictment
- [ ] Information
- [x] Complaint
- [ ] Order of court
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

charging him or her with (brief description of offense)

Possession with intent to distribute and conspiracy to distribute and to possess with intent to distribute a Controlled Substance

in violation of Title 21 United States Code, Section(s) 841 & 846

DAVID L. MARTIN
Name of Issuing Officer

David L. Martin
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

2-2-06 Providence, RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at 6th District Court, Providence, RI by USMS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/02/2006 | Brian McDonald DUSM | [signature] |
| DATE OF ARREST: 02/02/2006 | | |